# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**TIMOTHY SIMMS**

      **Petitioner,**

   v.                          Case No. 2:22-cv-474
                                   **JUDGE EDMUND A. SARGUS, JR.**

**KEITH FOWLEY,**                     Magistrate Judge Peter B. Silvain, Jr.

      **Respondent.**

## ORDER

This matter arises on the Report and Recommendation (the "Report") issued by the Magistrate Judge with respect to Petitioner Timothy Simms' Moton for Leave to Proceed *in forma pauperis* (ECF No. 1) (the "IFP Motion"). (ECF No. 3.) The time for filing objections has passed, and no objections to the Report have been filed. Accordingly, for the reasons stated therein, the Court **ADOPTS** the Report, (*id.*), **DENIES** Petitioner's IFP Motion (ECF No. 1), and **ORDERS** Petitioner Simms to pay the $5 filing fee **WITHIN THIRTY (30) DAYS**.

    This case shall remain open.

    **IT IS SO ORDERED.**

<u>7/25/2022</u>                                           <u>s/Edmund A. Sargus, Jr.</u>
**DATE**                                                **EDMUND A. SARGUS, JR.**
                                                     **UNITED STATES DISTRICT JUDGE**