**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| TIMOTHY SIMMS, | : | Case No. 2:22-cv-474 |
| Petitioner, | : | |
| vs. | : | Judge Edmund A. Sargus, Jr. |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| KEITH FOWLEY, | : | |
| Respondent. | : | |

# ORDER

This habeas corpus matter is before the Court on Petitioner's motion to appear by video conference at a meeting between the parties and this Court. (Doc. 12). The motion is **DENIED** at this time, subject to reconsideration. No meeting or other hearing is necessary at this stage of the proceedings. Respondent has been ordered to file an answer to the Petition, after which Petitioner may file a reply. (*See* Doc. 10). If this Court later determines that a meeting or other hearing is necessary, the parties will be informed by separate order.

**IT IS SO ORDERED.**

December 27, 2022                                            *s/Peter B. Silvain, Jr.*
                                                                                  Peter B. Silvain, Jr.
                                                                                  United States Magistrate Judge