# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

TIMOTHY SIMMS,

        Petitioner,    :    Case No. 2:22-cv-474

- vs -    District Judge Edmund A. Sargus, Jr.
    Magistrate Judge Michael R. Merz

WARDEN, Grafton Correctional
  Institution,

           :
        Respondent.

## TRANSFER ORDER

With the consent of both of them, the Magistrate Judge reference in this case is hereby TRANSFERRED from The Honorable Peter B. Silvain, Jr., to The Honorable Michael R. Merz to help balance the Magistrate Judge workload in this District.

June 6, 2023.

                                        s/ *Michael R. Merz*
                                      United States Magistrate Judge